In the Matter of OTTILIE F. LAEGEN, as Administratrix with the Will Annexed of the Estate of FRANK C. LAEGEN, Deceased, Respondent. ELLIS J.

BISGYER, Appellant.—

All concur.